2015 OK 31

**AIRCRAFT ACCESSORIES OF OK and Arch Insurance Company, Petitioners,**

v.

**Terry L. DENTON, Compsource Oklahoma &/or American Home Assurance &/or New Hampshire Insurance Co. &/or Carolina Casualty Ins. Co. &/or Old Glory Insurance Co. and the Workers' Compensation Court of Existing Claims, Respondents.**

No. 113,655.

Supreme Court of Oklahoma.

March 30, 2015.

Rehearing Denied May 11, 2015.

*ORDER*

¶1 On the Court's own motion, this review proceeding is hereby dismissed as untimely because it was commenced on February 11, 2015, more than 20 days after a copy of the January 20, 2015 order was sent to the parties. 85A O.S. 400(L), Rule 1.100 of the Oklahoma Supreme Court Rules, *Carlock v. Workers' Compensation Commission,* 2014 OK 29, ¶2, 324 P.3d 408.

¶2 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 30th DAY OF MARCH, 2015.

ALL JUSTICES CONCUR.